**Memorandum Opinion filed May 27, 2021, Withdrawn, Appeal Permanently Abated, and Abatement Order Filed September 14, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00470-CR

---

**MARTEL SHANIDI BLACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 5
Harris County, Texas
Trial Court Cause No. 2224835**

---

## ABATEMENT ORDER

A jury convicted the appellant of assault and sentenced him to a term of confinement of 120 days in county jail. We issued a memorandum opinion on May 27, 2021 affirming the trial court's judgment of conviction. *See Black v. State*, No. 14-20-00470-CR, 2021 WL 2153309 (Tex. App.—Houston [14th Dist.] May 27, 2021, pet. dism'd) (mem. op., not designated for publication). Appellant died after the opinion was issued and before this court issued its mandate, while his petition

for discretionary review was pending before the Court of Criminal Appeals. The Court of Criminal Appeals accordingly dismissed the appellant's petition and ordered the appeal permanently abated and our prior opinion withdrawn. *Black v. State*, 2021 WL 3745362 (Tex. Crim. App. Aug. 25, 2021, order) (not designated for publication). The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *See Ryan v. State*, 891 S.W.2d 275, 275 (Tex. Crim. App. 1994).

Accordingly, this court's opinion filed May 27, 2021, is withdrawn, and the appeal is permanently abated.

PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Poissant.